FILED

2016 APR 13 PM 2: 48

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 6:16-cr-67-Orl-18GJK
     49 U.S.C. § 46504

MOSHE BERLIN

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about March 22, 2016, while on an aircraft in the special aircraft jurisdiction of the United States, that is, JetBlue Flight 1324 with civil aircraft tail number N784JB, in flight from Mexico City, Mexico, to Orlando, Florida,

**MOSHE BERLIN**

the defendant herein, did interfere with the performance of the duties of K.F., a flight attendant of the aircraft, and lessen the ability of the attendant to perform his duties, by knowingly assaulting and intimidating the attendant, to wit:   charging at K.F. and claiming to have a bomb aboard the aircraft.

All in violation of Title 49, United States Code, Section 46504.

A TRUE BILL,

_____
Foreperson

A. LEE BENTLEY, III
United States Attorney

By: _____
Emily C. L. Chang
Assistant United States Attorney

By: _____
Katherine M. Ho
Assistant United States Attorney
Chief, Orlando Division

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

MOSHE BERLIN

## INDICTMENT

Violation:

49 U.S.C. § 46504

A true bill,

*Cassandra Jacobs*
Foreperson

Filed in open court this 13th day of April, 2016.

*Kim Anderson*
Clerk

Bail $ _____

GPO 863 525